# LA RUE INVESTMENT COMPANY v. NORTHERN PACIFIC RAILWAY COMPANY and Another.[1]

## June 24, 1910.

## Nos. 16,641—(103).

Application to the district court for St. Louis county to have the title to certain land registered. The answer of the Northern Pacific Railway Company was similar to the answer filed by it in the Gridley case (supra, page 281). The facts were stipulated. The terms of the conveyance from applicants' remote grantor were similar to those in the deed considered in the Gridley case. The proceeding was heard before Cant, J., who decreed that the La Rue Investment Company was the owner of the land subject to a certain right of way conveyed to a steel company in 1893. From the order so entered, defendant Northern Pacific Railway Company appealed. Affirmed.

Washburn, Bailey & Mitchell, for appellant.

Marion Douglas, for respondent.

PER CURIAM.

This case involves the same questions as the case of Gridley v. Northern Pac. Ry. Co., supra, page 281, 126 N. W. 897.

Judgment affirmed.

[1]Reported in 126 N. W. 899.